# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON ARTHUR ALTHEIDE,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76162

FILED

JUL 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

JASON ARTHUR ALTHEIDE,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76163

JASON ARTHUR ALTHEIDE,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76164 ✓

JASON ARTHUR ALTHEIDE,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76165

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying motions to extend copy work limit and denying motions to return property. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

18-25804

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____ Pickering _____, J.
Pickering

_____ Gibbons _____, J.
Gibbons

_____ Hardesty _____, J.
Hardesty

cc:    Hon. Robert W. Lane, District Judge
Jason Arthur Altheide
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk